JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Amine Asmerom, Emsurgcare, Emergency Surgical Assistant,<br><br>                Plaintiff,<br><br>v.<br><br>Warner Media, LLC,<br><br>                Defendants. | Case No.: 2:23-cv-03941-JFW-BFMx<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Defendant, Warner Media, LLC, and Plaintiffs, Amine Asmerom, Emsurgcare, and Emergency Surgical Assistant,

It is **HEREBY ORDERED** as follows:

1.      The above-entitled action, Case No. 2:23-cv-03941-JFW-BFM, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2.      Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: February 23, 2024

Hon. John F. Walter